JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, AND BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, | CASE NO. 5:21-cv-01853-JGB-SHK |
| | **JUDGMENT AGAINST DEFENDANT PAZ-FAIRFAX STEEL, INC. RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| | Judge Jesus G. Bernal |
| Plaintiffs, | |
| v. | |
| PAZ-FAIRFAX STEEL, INC., a California corporation, and DAMON, INC. a California corporation. | |
| Defendants. | |

This Court has granted Plaintiffs' Motion for Default Judgment by Plaintiffs, the BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, and BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST  ("Plaintiffs") against Defendant PAZ-FAIRFAX STEEL, INC., a California corporation ("Defendant").

IT IS ORDERED AND ADJUDGED THAT PLAINTIFFS shall recover from DEFENDANT:

| | |
|---|---:|
| Contributions: | $ 100,373.72 |
| Liquidated Damages: | $ 54,938.76 |
| Interest: | $ 26,844.03 |
| Audit Costs: | $ 2,695.00 |
| Attorneys' Fees: | $ 7,297.03 |
| Costs: | $ 484.60 |
| Total: | $ 192,633.14 |

Judgment is entered this 28th day of March, 2023

_____
HON. JESUS BERNAL
UNITED STATES DISTRICT JUDGE